

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00644-CV

**HYBISCUS FOOD INC.** and Sanjiv Chandan, Individually,
Appellants

v.

Atul **SARASWAT**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-03159
Honorable Laura Salinas,[1] Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed jointly and severally against Appellants Hybiscus Food Inc. and Sanjiv Chandan, individually.

SIGNED November 6, 2013.

_____
Patricia O. Alvarez, Justice

---

[1] The Honorable Martha Tanner presided at the trial and signed the final judgment.